JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. TelePacific Corporation**, Plaintiff, v. **U.S. Specialty Insurance Company**, Defendant. | Case No. CV 18-5083-DMG (AGRx) <br><br> **JUDGMENT** |

The Court having granted Defendant U.S. Specialty Insurance Company's motion for judgment on the pleadings, with prejudice [Doc. # 22], and denied Plaintiff U.S. TelePacific Corporation's cross-motion for judgment on the pleadings [Doc. # 23],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

DATED: June 18, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-